

RECEIVED
BY:
FEB 1 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| JOHNNY R. ADGER | CIVIL ACTION NO. 07-40-P |
|---|---|
| VERSUS | JUDGE WALTER |
| JERRY E. WYNN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Jerry E. Wynn, the Caddo Parish Commission, the Caddo Parish Sheriff's Office, the Caddo Parish District Attorney's Office and Judge Ramona Emanuel are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that Plaintiff's habeas claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 13 day of February, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE