U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 0 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JOHNNY R. ADGER                     CIVIL ACTION NO. 07-cv-0040

VERSUS                              JUDGE WALTER

TERRY E. WYNN, ET AL                MAGISTRATE JUDGE HORNSBY

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 44) is **granted** and all claims against Robert Greer are **dismissed with prejudice**. All claims against all parties have now been resolved, so this final judgment is entered in accordance with F.R.C.P. 58.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 8th day of September, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE